MEYERS FOZI, LLP
Attorneys at Law
Neal S. Meyers, Esq. (SBN 109625)
Golnar J. Fozi, Esq. (SBN 167674)
1925 Palomar Oaks Way, Suite 207
Carlsbad, CA  92008
Telephone:  (760) 444-0039
Facsimile:  (760) 444-0130
E-mail:  nmeyers@meyersfozi.com
         gfozi@meyersfozi.com

Attorneys for Defendants
FRAZIER PARK PUBLIC UTILITY DISTRICT; and
GREG KEENBERG

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHERYL MACKEY, an individual,<br><br>Plaintiff,<br><br>v.<br><br>FRAZIER PARK PUBLIC UTILITY DISTRICT; GREG KEENBERG; and DOES 1 through 10,<br><br>Defendants. | Case No.:   1:12-CV-00116-LJO-JLT<br><br>**JOINT STIPULATION TO CONTINUE THE HEARING DATE ON DEFENDANTS' MOTION TO DISMISS UNDER FRCP RULE 12(b)(6)**<br><br>Trial Date: None set |

Plaintiff Cheryl Mackey and defendants Frazier Park Public Utilities District ("District") and Greg Keenberg, by and through their counsel, hereby stipulate to and request that the Court enter an order continuing the hearing on defendants' motion for dismiss from April 12, 2012 to May 3, 2012.

Good cause exists for this request because:

1.  Counsel for plaintiff has been engaged in a jury trial that resulted in a verdict on or about March 28, 2012.  Counsel for plaintiff has not been available to prepare a timely opposition to defendant's motion to dismiss; and

2.  The motion to dismiss invokes plaintiff's failure to file a timely lawsuit

following receipt of a Right to Sue Letter from the California Department of Fair Employment and Housing ("DFEH").  Following the filing of the motion to dismiss, defendants became aware that the DFEH may have issued plaintiff a later Right to Sue Letter than the one defendant had received.  Counsel for defendants issued a request to the DFEH for the contents of its claim file relating to plaintiff.  The DFEH sent records to defendants' counsel this week.  Defendants' counsel requests time to review these records and determine whether to take the motion to dismiss off calendar in light of these newly-discovered documents and file an answer.

      For these reasons, the parties respectfully request that the Court continue the hearing date on defendants' Motion to Dismiss to May 3, 2012 or as soon thereafter as the Court's calendar permits.

Respectfully submitted,

Dated: March 29, 2012					MEYERS FOZI, LLP


By:  /s/ Golnar Fozi
     Neal S. Meyers
     Golnar J. Fozi
     Attorneys for Defendants
     FRAZIER PARK PUBLIC UTILITY
     DISTRICT; AND GREG KEENBERG

Dated: March 29, 2012					RANY RUMPH, ATTORNEY AT LAW


By:  /s/ Randy Rumph
     Randy Rumph
     Attorney for Plaintiff
     CHERYL MACKEY

**ORDER ON STIPULATION FOR ORDER**

**HAVING READ AND CONSIDERED** the foregoing stipulation for order continuing the hearing on defendants' motion to dismiss, and good cause appearing therefor, the foregoing is the order of the Court.  The hearing on the motion is reset to May 3, 2012 at 8:30 a.m. in Department 4 (LJO).

IT IS SO ORDERED.

Dated:   **April 2, 2012**                              /s/ Lawrence J. O'Neill
                                                                      UNITED STATES DISTRICT JUDGE