**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHERYL MACKEY, | CASE NO. CV-F-12-116 LJO JLT |
| Plaintiff, | **ORDER TO TERMINATE MOTION TO DISMISS** (Doc. 9) |
| vs. | |
| FRAZIER PARK PUBLIC UTILITY DISTRICT and GREG KEENBERG, | |
| Defendants. | |

Plaintiff Cheryl Mackey ("Ms. Mackey") asserts harassment claims against defendants Frazier Park Public Utility District ("District") and Greg Keenberg ("Mr. Keenberg") (collectively "Defendants") pursuant to the Fair Employment and Housing Act ("FEHA") and 42 U.S.C. §1983 ("Section 1983"). Defendants moved to dismiss Ms. Mackey's FEHA claims against Mr. Keenberg and the District for hostile work environment and constructive termination, arguing that they are barred by the statute of limitations on March 14, 2012.

On April 6, 2012, counsel for Defendants notified the Court telephonically that, upon further review of the evidence, they intended to withdraw their motion to dismiss and to file an answer to Ms. Mackey's complaint. Defendants filed an answer on April 9, 2012.

For good cause appearing, this Court DIRECTS the clerk of court to TERMINATE the motion to dismiss and to VACATE the April 12, 2012 hearing on this withdrawn motion.

IT IS SO ORDERED.

**Dated:   April 10, 2012**                    **/s/ Lawrence J. O'Neill**
                                               UNITED STATES DISTRICT JUDGE

1