# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHERYL MACKEY, ) | 1:12 -CV - 00116 LJO - JLT |
| ) | |
| Plaintiff, ) | ORDER AFTER TELEPHONIC CONFERENCE |
| v. ) | |
| ) | (Doc. 23) |
| FRAZIER PARK PUBLIC UTILITY ) | |
| DISTRICT, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

On September 13, 2012, the Court conducted a telephonic conference to address some issues that had developed during the course of discovery. Based upon the conference, the Court **ORDERS**:

1. The deposition of Plaintiff **SHALL** occur on September 18, 2012 at 1:30 p.m. at a location agreed upon by counsel;

2. Plaintiff **SHALL** produce any outstanding documents responsive to the request for production of documents at the time of her deposition or demonstrate she has completed a diligent search and determined she has control of no further documents. In doing so, Plaintiff must be mindful that her e-mail correspondence, maintained by her e-mail provider—and which are responsive to discovery requests-- <u>are</u> documents

1

within her control.  Thus, she **SHALL** either produce these records at the time of the deposition or sign a release allowing Defendants to obtain these records via subpoena;

3. Defendants **SHALL** file their motion for an independent mental examination no later than September 24, 2012.  Plaintiff **SHALL** file her opposition no later than October 1, 2012.

4. Defendant **SHALL** set this motion for hearing on October 5, 2012 at 9:00 a.m.  Appearances via CourtCall are authorized provided counsel provides written notification of the intention to appear by telephone to JLTOrders@caed.uscourts.gov, no later than October 2, 2012.

IT IS SO ORDERED.

Dated:   **September 13, 2012**              **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE