# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CHERYL MACKEY, | ) | 1:12 -CV - 00116 LJO - JLT |
| | ) | |
| Plaintiff, | ) | ORDER AFTER SETTLEMENT CONFERENCE |
| v. | ) | |
| | ) | |
| FRAZIER PARK PUBLIC UTILITY DISTRICT, et al., | ) ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

On November 9, 2012, the Court conducted a settlement conference with the parties who were able to come to agreement. Based upon the settlement, the Court **ORDERS**:

1. Defense counsel **SHALL** provide a draft settlement agreement to Plaintiff's counsel **no later than November 14, 2012**;

2. Plaintiff's counsel **SHALL** communicate any desired changes to defense counsel **no later than November 16, 2012**;

3. Within one week of the finalization of the terms of the settlement agreement, Plaintiff **SHALL** execute the agreement and return it the defense counsel forthwith. Within one week of the date of Plaintiff's execution of the document, Defendants **SHALL** execute the agreement and provide Plaintiff's counsel an fully executed copy of the agreement forthwith;

1

4. The parties **SHALL** file a stipulated dismissal of this action **no later than December 14, 2012**;

5. All pending dates, motions, conferences and hearings, including the trial date and pretrial conference, are **VACATED.**

**Failure to comply with this order may be grounds for the imposition of sanctions on counsel or the parties who contributed to violation of this order.  See Local Rules 110, 160.**

IT IS SO ORDERED.

Dated:   **November 9, 2012**              /s/ Jennifer L. Thurston
                                                           UNITED STATES MAGISTRATE JUDGE