1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT
9                          EASTERN DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| CHERYL MACKEY, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>FRAZIER PARK PUBLIC UTILITY DISTRICT; GREG KEENBERG; DOES 1 through 10,<br><br>    Defendants. | Case No.:  1:12-CV-00116-LJO-JLT<br>Judge:  Lawrence J. O'Neill<br><br>**Order Re: Stipulation for Dismissal with Prejudice** |

   Pending before the Court is a Stipulation for Dismissal with Prejudice.  The Stipulation represents that all parties have satisfied their obligations with respect to the November 9, 2012 Order After Settlement Conference.  As a result, the Stipulation requests this Court dismiss this action with prejudice.  Having read and considered the Stipulation, and good cause appearing:

   This case is dismissed in its entirety, with prejudice.  The clerk is directed to close this action.

IT IS SO ORDERED.

   Dated:   **December 5, 2012**          **/s/ Lawrence J. O'Neill**
                                          UNITED STATES DISTRICT JUDGE

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**[Proposed] Order Re: Stipulation for Dismissal with Prejudice**
Case No. 1:12-CV-00116-LJO-JLT